IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Douglas, Richard L

Printed: 11/6/07

Case Number: 06 B 01101
Judge: Squires, John H
Filed: 2/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 12, 2007
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,600.00 |  |
| Secured: |  | 24,059.13 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,440.87 |
| Other Funds: |  | 1,600.00 |
| Totals: | 29,600.00 | 29,600.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | Wells Fargo Bank | Secured | 15,298.26 | 14,881.22 |
| 3. | HSBC Mortgage Services | Secured | 4,896.90 | 4,784.98 |
| 4. | Monterey Financial Services | Secured | 215.76 | 112.00 |
| 5. | HSBC Mortgage Services | Secured | 1,791.80 | 1,122.66 |
| 6. | Wells Fargo Bank | Secured | 8,220.59 | 3,158.27 |
| 7. | Cooking & Hospitality Institut | Priority | 0.00 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 9. | Cooking & Hospitality Institut | Unsecured | 0.00 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 140.00 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 146.85 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 256.54 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 88.70 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 15. | Sprint | Unsecured |  | No Claim Filed |
| 16. | Bally Total Fitness | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,555.40 | $ 26,559.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 307.99 |
| 5% | 239.26 |
| 4.8% | 460.83 |
| 5.4% | 432.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Douglas, Richard L

Printed:  11/6/07

Case Number:  06 B 01101
Judge:  Squires, John H

Filed:  2/8/06

_____
$ 1,440.87

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____
*Denise Ashley*